IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRUCE WAYNE EAGLEMAN,<br><br>Defendant. | CR 12-32-BLG-SPW<br><br>ORDER |

Before the Court is Defendant's Pro Se Motion. (Doc. 140). Defendant's motion asks the Court to issue an order requiring the Records Department at FCI Tucson to amend Defendant's records to reflect Defendant's name change. (*Id*). Defendant attached an order from an Arizona Superior Court granting Defendant's name change from Bruce Wayne Eagleman to Cambria Winter Ashweather. (Doc. 140-1).

The Court orders Defendant to clarify who Defendant provided the Arizona Superior Court order to and who told Defendant they needed an order from this Court to effectuate the name change. Such information will help the Court determine the appropriate course of action, given that the state court has granted the name change request.

1

DATED this 27th day of November, 2023.

                                            *Susan P. Watters*
                                            SUSAN P. WATTERS
                                            United States District Judge