AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Montana

| | |
|---|---|
| United States of America )<br>v. )<br>CAMBRIA WINTER ASHWEATHER )<br> )<br>Date of Original Judgment: 10/24/2013 )<br>Date of Previous Amended Judgment: 01/04/2024 )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: CR 12-32-BLG-SPW<br>USM No: 11801-046<br><br>Pro se<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  01/04/2024  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 08/27/2024

*Judge's signature:* Susan P. Watters

Judge Susan P. Watters
*Printed name and title*

Effective Date: _____
*(if different from order date)*